# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# (CAMDEN)

| | | |
|---|---|---|
| **JENELLE GARLAND,** | : | CIVIL ACTION NO.: 18-3153 |
| | : | |
| *Plaintiff,* | : | |
| v. | : | |
| | : | |
| **APPLEBEE'S RESTAURANTS LLC** | : | |
| **d/b/a APPLEBEE'S CHERRY HILL,** | : | |
| | : | **JURY TRIAL DEMANDED** |
| *Defendant.* | : | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Jenelle Garland, by and through her undersigned counsel and pursuant to Rule 41(a)(1)(A), hereby gives Notice of Voluntary Dismissal of this action without prejudice with all parties to bear their own fees and costs.

                                            SIDNEY L. GOLD & ASSOC. P.C.

                                            By: /s/ Neelima Vanguri, Esquire
                                                    Neelima Vanguri, Esquire
                                                    Attorney ID.: 028122009
                                                    1835 Market Street - Suite 515
                                                    Philadelphia, PA 19103
                                                    Attorneys for Plaintiff

Dated:     January 23, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of a Notice of Voluntary Dismissal to be served on counsel below via the court's ECF filing system:

Natalja M. Fulton, Esquire
Flynn Restaurant Group
225 Bush Street, Suite 1800
San Francisco, CA 94104
**Attorney for Defendant**

SIDNEY L. GOLD & ASSOC. P.C.

By: /s/ Neelima Vanguri, Esquire
Neelima Vanguri, Esquire
Attorney ID.: 028122009
1835 Market Street - Suite 515
Philadelphia, PA 19103
Attorneys for Plaintiff

DATE:		January 23, 2019